**Order entered June 12, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00173-CV

### HICKS ACQUISITION COMPANY II INC., Appellant

### V.

### R.R. DONNELLEY & SONS COMPANY, Appellee

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-03679-CV**

## ORDER

On May 9, 2014, we abated this appeal to allow the parties to finalize a settlement agreement. By motion filed June 11, 2014, the parties inform us they have finalized the settlement and move to dismiss the appeal. Accordingly, we **REINSTATE** the appeal. The motion to dismiss will be determined separately.

/s/      ELIZABETH LANG-MIERS
            JUSTICE